IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMMY W. GRIDER,

   Plaintiff,

v.             Case No.: 3:06cv304/RV/EMT

ALLSTATE INSURANCE COMPANY,
a corporation,

   Defendant.
_____/

**ORDER**

  For the reasons stated in my order dated May 11, 2007 (doc. 35), and as agreed to by the parties in this case (docs. 36, 37), the defendant's motion for summary judgment (doc. 13) is **DENIED**, without prejudice, at this time. The parties are instructed to advise this court once the appeal is decided in <u>Shuford v. Fidelity Nat'l Property & Cas. Ins. Co.</u>, No. 1:05-cv-00583 (S.D. Alabama). Until that time, all further proceedings in this case are **STAYED**. When the appeal is decided, to the extent that any dispute remains, the stay will be promptly lifted; the motion for summary judgment will be re-activated; and supplemental filings invited to address the effect that the Eleventh Circuit's disposition of <u>Shuford</u> has on this litigation.

  DONE and ORDERED this 25th day of May, 2007.

             /*Roger Vinson*
             **ROGER VINSON**
             **Senior United States District Judge**